1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA
8
9    David Michael Sutton,            )    No. CV 13-1064-TUC-JAS (DTF)
                                       )
10          Plaintiff,                 )    **ORDER**
                                       )
11   vs.                              )
                                       )
12                                     )
     Carolyn W. Colvin,               )
13                                     )
            Defendant.                 )
14                                     )
                                       )
15   _____)

16      Pending before the Court is a Report and Recommendation issued by Magistrate Judge

17   Ferraro. In the Report and Recommendation, Magistrate Judge Ferraro recommends denying

18   Defendant's motion to remand for further proceedings (Doc. 17) and granting Plaintiff's

19   request to remand for the award of benefits.  As the Court finds that the Report and

20   Recommendation appropriately resolved the issues, the objections are denied.[1]

21      Accordingly, IT IS HEREBY ORDERED as follows:

22   (1) Magistrate Judge Ferraro's Report and Recommendation (Doc. 20) is accepted and

23   adopted.

24   (2)  Defendant's motion to remand for further proceedings (Doc. 17) is denied and

25

26   _____

27      [1]The Court reviews de novo the objected-to portions of the Report and Recommendation.
     28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).   The Court reviews for clear error the unobjected-to
28   portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734,
     739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

1   Plaintiff's request to remand for the award of benefits is granted.

2   (3) This case is remanded for an award of benefits.  The Clerk of the Court shall enter

3   judgment and close the file in this case.

4

5   DATED this 22nd day of September, 2014.

6

7

8   _____

9   James A. Soto
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28